IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEAN RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Manish S. Shah |
| v. | ) | |
| | ) | |
| KOHL'S CORPORATION, et al | ) | Case No. 1:17-cv-5854 |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

The parties to this action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate the following:

The parties stipulate that all claims in this matter shall immediately be dismissed with prejudice and in their entirety.


Respectfully submitted,

By: /s/ Jennifer M. Sender
    Jennifer M. Sender
    Andrés J. Gallegos
    Robbins, Salomon & Patt, Ltd.
    180 N. LaSalle, Suite 3300
    Chicago, Illinois 60601
    (312) 782-9000 - Telephone
    (312) 782-6690 - Facsimile
    jsender@rsplaw.com
    agallegos@rsplaw.com

    Jonathan M. Smith
    WASHINGTON LAWYERS'
    COMMITTEE
    FOR CIVIL RIGHTS AND URBAN
    AFFAIRS

By: /s/ Joel C. Griswold
    Joel C. Griswold.
    John C. McIlwee
    Bonnie L. DelGobbo
    Baker & Hostetler, LLP
    191 North Wacker Drive,
    Suite 3100
    Chicago, Illinois 60606
    (312) 416-6238
    jcgriswold@bakerlaw.com
    bblair@bakerlaw.com
    bdelgobbo@bakerlaw.com

    *Attorneys for Defendant*

15J4063

      11 Dupont Circle, NW, Suite 400
      Washington, DC 20036
      Phone: (202) 319-1000
      jonathan_smith@washlaw.org

      *Attorneys for Plaintiffs*

3079368

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on April 17, 2019, she served a true and correct copy of the above JOINT STIPULATION OF DISMISSAL by filing the same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Joel Griswold
>John C. McIlwee
>Bonnie L. DelGobbo
>BAKER & HOSTETLER, LLP
>191 North Wacker Drive, Suite 3100
>Chicago, Illinois 60606-1901
>T 312.416.6238
>F 312.416.6201
>Email: jcgriswold@bakerlaw.com
>
>Brian C. Blair
>SunTrust Center, Suite 2300
>200 South Orange Avenue
>Orlando, FL 32801-3432
>T 407.649.4000
>F 407.841.0168
>Email: bblair@bakerlaw.com


>/s/Jennifer M. Sender
>Jennifer M. Sender (ARDC No. 6207774)
>Andrés J. Gallegos (ARDC No. 6212168)
>Attorneys for Plaintiffs
>Robbins, Salomon & Patt, Ltd.
>180 N. LaSalle, Suite 3300
>Chicago, Illinois 60601
>(312) 782-9000 - Telephone
>(312) 782-6690 - Facsimile
>jsender@rsplaw.com
>agallegos@rsplaw.com

3079368